# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Daniel T. Barrett

Case No. Civil 00-1195 DWF/SRN

v.

**JUDGMENT IN A CIVIL CASE**

United States of America, United States Department of Labor, State of Minnesota, County of Anoka, City of Fridley, Attorney Robert J. Bruno, and Karen M. Barrett

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff Daniel T. Barrett's motion for a writ of mandamus compelling the United States to provide him with legal representation is denied;

2. Defendant City of Fridley's motion to dismiss is granted;

3. Defendant State of Minnesota's motion to dismiss is granted;

4. Defendant Karen Barrett's motion to dismiss is granted;

5. Defendant Robert Bruno's motion to dismiss is granted;

6. Defendants United States of America and United States of Department of Labor's motion to dismiss is granted;

7. Defendant Anoka County's motion to dismiss is granted;

8. Defendant Robert Bruno's motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure and defendant Karen Barrett's motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure are granted;

38

9. Defendants Robert Bruno and Karen Barrett are directed to submit an affidavit detailing claimed attorney's fees and costs for purposes of imposing sanctions upon plaintiff pursuant to Rule 11 of the Federal Rules of Civil Procedure; and

10. The complaint is dismissed with prejudice.

DATE: August 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk