**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daniel T. Barrett,

Plaintiff,

v.

United States of America,
United States Department of Labor,
State of Minnesota, County of Anoka,
City of Fridley, Robert J. Bruno, Attorney,
and Karen M. Barrett,

Defendants.

Civil No. 00-1195 (DWF/SRN)

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT**

---

Daniel T. Barrett, Pro Se, 10846 Buchanan Street, Blaine, MN 55434, Plaintiff.

Patricia R. Cangemi, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendants United States of America and United States Department of Labor; Cynthia Jahnke, Assistant Attorney General, Minnesota Attorney General's Office, 445 Minnesota Street, St. Paul, MN 55101, counsel for Defendant State of Minnesota; Robert Johnson, Esq., and Robert D. Goodell, Esq., Anoka County Attorney's Office, Anoka County Government Center, 2100 Third Avenue, Anoka, MN 55303-2265, counsel for Defendant County of Anoka; Jon K. Iverson, Esq., Erstad & Riemer, 1000 Northland Plaza, 3800 West 80th Street, Minneapolis, MN 55431-4409 and Mary D. Tietjen, Esq., League of Minnesota Cities Insurance Trust, 145 University Avenue West, St. Paul, MN 55103, counsel for Defendant City of Fridley; Robert J. Bruno, Esq., Bruno Law Office, 107 Professional Plaza, 1601 Highway 13 E, Burnsville, MN 55337, counsel for Defendants Robert J. Bruno, Attorney and Karen M. Barrett.

---

The above-entitled matter is before the Court regarding the issue of attorney's fees as relate to Defendants Karen Barrett and Robert Bruno in light of the Court's Order which was filed on August 29, 2000.

FILED OCT 19 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD OCT 19 2000
DEPUTY CLERK

Based upon the presentations of counsel and the Court having reviewed the submissions of all parties, including the contents of the Court's file in this matter and the Court's Order of August 29, 2000, and being otherwise duly advised in the premises, the Court hereby makes the following:

## FINDINGS OF FACT

1. That the affidavit of attorney Robert J. Bruno sets forth the time for the pro se representation of himself and Karen Barrett as 16.3 hours at $225 per hour, for a total of $3,667.50, plus $30 in photocopying expense, for a total of $3,697.50.

2. The Plaintiff's claims as and against Defendant attorney Robert J. Bruno were wholly unfounded.

3. The Plaintiff's claims as and against Defendant Karen Barrett were wholly unfounded.

4. That consistent with the Court's Memorandum Opinion and Order filed on August 29, 2000, the Court finds and concludes that the purpose of Plaintiff Daniel T. Barrett's lawsuit was to harass his ex-wife and to attempt to relitigate a matter which had already been settled in an appropriate forum.

5. That Defendant Karen Barrett and Defendant Robert Bruno were each prevailing parties in the above-entitled matter.

6. That the amount of attorney's fees requested by Defendant Karen Barrett and Defendant Robert Bruno is fair and reasonable.

7. That any conclusion of law which may be deemed a finding of fact is incorporated herein as such.

Based upon the above findings of fact, the Court now makes its:

## CONCLUSIONS OF LAW

1. The Court finds and concludes that Defendants Karen Barrett and Robert Bruno are entitled to a judgment of this Court as and for reasonable attorney's fees consistent with the findings of fact above in the amount of $3,697.50.

2. That any finding of fact which can be deemed a conclusion of law is incorporated herein as such.

Based upon the above findings of fact and conclusions of law, the Court now enters the following:

## ORDER

1. Consistent with the findings of fact and conclusions of law, Defendant Karen Barrett and Defendant Robert Bruno are entitled to a judgment of this Court in the total amount of $3,697.50.

2. Failure to comply with the Order of the Court shall result in additional attorney's fees and costs if additional Court intervention is necessary to secure compliance with this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 18, 2000

DONOVAN W. FRANK
Judge of United States District Court

OCT 19 2000

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information must be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*